**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6702**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

SHEILA DENISE WHITE,

                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Richard L.
Voorhees, District Judge.  (5:05-cr-00009-RLV-DCK-17)

───────────

Submitted:  August 26, 2010        Decided:  September 3, 2010

───────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sheila Denise White, Appellant Pro Se.   Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Denise White appeals the district court's order denying her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. White, No. 5:05-cr-00009-RLV-DCK-17 (W.D.N.C. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED